IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Eagle View Technologies, Inc., a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RoofWalk, Inc., a Minnesota corporation, Peter Wegier, an individual, and Josh Hedlund, an individual,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:12-cv-00544 RSL<br><br>Stipulated Motion as to Defendant Josh Hedlund And Order of Dismissal<br><br>NOTE ON MOTION CALENDAR:<br><br>Date:  July 26, 2012 |

Plaintiff Eagle View Technologies, Inc. ("EagleView") and Defendant Josh Hedlund ("Hedlund") have entered into a settlement agreement resolving all claims in this action. Therefore, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and subject to the terms and conditions of the agreement between EagleView and Hedlund,

IT IS HEREBY STIPULATED by and between EagleView and Hedlund, by their respective counsel, that the above-captioned action and all claims and counterclaims asserted therein be dismissed with prejudice, each side to bear its own attorneys' fees and costs of suit, and the Court shall retain jurisdiction over the settlement agreement.

STIPULATED TO THIS 26th DAY OF JULY, 2012:

Stipulated Motion as to Defendant Josh Hedlund
And Order of Dismissal

(12cv544RSL)　　1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

DATED this 26th day of July 2012

Respectfully submitted,

SEED IP Law Group PLLC

David V. Carlson, WSBA No. 17643
DavidC@Seedip.com
William O. Ferron, Jr., WSBA No. 11813
BillF@Seedip.com
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104-7092
Telephone: (206) 622-4900

Attorneys for Plaintiff
EAGLE VIEW TECHNOLOGIES, INC.

AND

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

Anthony A. Todaro, WSBA No. 30391
atodaro@corrcronin.com
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600

Attorneys for Defendant
JOSH HEDLUND

Stipulated Motion as to Defendant Josh Hedlund
And Order of Dismissal

(12cv544RSL)    2

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**ORDER**

**GRANTED**.  The action is dismissed as to Defendant Josh Hedlund with prejudice. Each side shall bear its own attorneys' fees and costs of suit.  The Court shall retain jurisdiction over the settlement agreement.

Dated this 27th day of July, 2012.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Stipulated Motion as to Defendant Josh Hedlund
And Order of Dismissal

(12cv544RSL)    3

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON  98104-7092
(206) 622-4900